UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-23238-DPG

ROBERT WILLIAMS,

    Plaintiff,

vs.

THE SCHOOL BOARD OF
MIAMI-DADE COUNTY,

    Defendant.
_____/

## MEDIATOR'S REPORT

Daniel T. Feld, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **April 19, 2021 @ 10:00 A.M.**

_____    AN AGREEMENT WAS REACHED.

        _____ The Agreement is attached with consent of the parties.

✓    NO AGREEMENT WAS REACHED; IMPASSE.

_____    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, then this matter shall be deemed at an impasse.

_____    Other: _____
_____

_____
Daniel T. Feld, Esq., Florida Bar No.: 0037013
MF#: DF-10041